UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN TONY WHITESELL,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NYE COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-00662-CDS-DJA<br><br>ORDER |

Plaintiff has filed a motion to request status check and to waive fees for copies. (ECF No. 10). In light of the screening order entered on November 27, 2024 (ECF No. 11), the Court denies the motion for status check as moot. Additionally, the Court denies the request to waive copy fees. The Court cannot provide copies or mailing service for parties, even indigent plaintiffs proceeding *in forma pauperis*. If Plaintiff wishes to receive copies of electronically filed documents from the Court, the cost is $0.10 per page. Nev. LR IC 1-1(i)(5); 28 U.S.C. § 1914.

It is therefore ordered that the motion to request status check and fee waiver (ECF No. 10) is denied.

DATED: December 3, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE