UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| John Tony Whitesell, | Case No. 2:24-cv-00662-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Nye County Sheriff's Office, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion to amend his complaint to correct the name of Defendant Serenity Healthcare, Inc. to its proper name, Serenity Behavioral Health, LLC. (ECF No. 15). However, Plaintiff's motion does not attach a proposed amended complaint. Nevada Local Rule 15-1[1] requires parties who file a motion to amend to "attach the proposed amended pleading to a motion seeking leave of the court to file an amended pleading." The Court will therefore deny Plaintiff's motion to amend without prejudice, meaning that Plaintiff may file it again if he attaches his proposed amended complaint naming the correct party, Serenity Behavioral Health, LLC. The Court will also send Plaintiff a copy of his motion to amend, so that he may reference it.

---

[1] This refers to the Local Rules of Practice for the United States District Court, District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

**IT IS THEREFORE ORDERED** that Plaintiff's motion to amend (ECF No. 15) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and of Plaintiff's motion to amend his complaint filed at ECF No. 15.

DATED: February 25, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE